UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Cochran, | ) |
| Plaintiff, | ) Case No. 0:17-cv-01063-SRN-DTS |
| v. | ) |
| Liberty Life Assurance Company of Boston, | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Come now the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorney fees.

| **BEEDEM LAW OFFICE** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| *s/Alesia R. Strand* | s/ *Eric P. Mathisen* |
| Thomas J. Beedem (19668X) | Eric P. Mathisen, IN Bar No. 19475-71 |
| tjb3@beedemlaw.com | Admitted *pro hac vice* |
| Alesia R. Strand (0332884) | 56 S. Washington St., Suite 302 |
| ars@beedemlaw.com | Valparaiso, IN 46383 |
| 222 South Ninth Street, Suite 1600 | Ph.: (219) 242-8666 |
| Minneapolis, MN 55402 | Fax: (219) 242-8669 |
| Ph.: (612) 305-1300 | eric.mathisen@ogletreedeakins.com |
| Fax: (612) 339-5765 | |
| | David P. McKinney, MN #0392361 |
| *Attorneys for Plaintiff* | Wells Fargo Center |
| | 90 South Seventh Street, Suite 3800 |
| | Minneapolis, MN 55402 |
| | Ph.: 612.339.1818 |
| | Fax: 612.339.0061 |
| | david.mckinney@ogletreedeakins.com |
| | |
| | *Attorneys for Defendant* |