UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Cochran, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-01063 (SRN/DTS) |
| Liberty Life Assurance Company of Boston, | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

This matter is before the Court on the parties' Stipulation of Dismissal [Doc. No. 15]. The Court, having reviewed said stipulation and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated: October 4, 2017.

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge